1

JS-6

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10

11   DIANA D. MENDEZ,                         CV 10-4494 VBF (RNB)

12              Plaintiff,                    JUDGMENT

13         v.

14   JOHN E. POTTER, POSTMASTER
     GENERAL,
15
                Defendant.
16

17         In accordance with the Court's October 3, 2011 Minute Order granting the

18   Motion For Summary Judgment filed by Defendant John E. Potter, Postmaster

19   General ("Defendant");

20         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant

21   shall have judgment in his favor on all of Plaintiff's Diana D. Mendez's claims.

22         IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff

23   Diana D. Mendez take nothing and that Defendant shall have his costs of suit.

24         DATED: October 3, 2011.

25                                           _____

26                                                   Percy Anderson
                                                    for Valerie Fairbank
27                                           UNITED STATES DISTRICT JUDGE

28